# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

-----------------------------------------------------------X
BROADCAST MUSIC, INC., et al.,  )
                                )
                  Plaintiffs,   )
                                )
        v.                      )   Case No. 1:10-cv-00193-JL
                                )
SLIM'S TEX/MEX, LLC d/b/a       )
SLIM'S TEX-MEX CANTINA and      )
ANTHONY WAGEMANS EJARQUE        )
individually,                   )
                                )
                  Defendants.   )
-----------------------------------------------------------X

## CONSENT JUDGMENT

Plaintiffs having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      Plaintiff BROADCAST MUSIC, INC. licenses the right of public performance, and the other Plaintiffs own the copyrights, in the following musical compositions:

   a.   Boogie Oogie Oogie

   b.   Boy Named Sue a/k/a A Boy Named Sue

   c.   Folsom Prison a/k/a Folsom Prison Blues

   d.   Honky Tonk Women

   e.   In The Navy

   f.   Let's Get Loud

   g.   Margaritaville

   h.   Ruby Tuesday

    i.      Watermelon Crawl

    j.      Kryptonite

    k.     Baby Got Back

    l.      Ring Of Fire

    m.    Here Without You

2.    Defendants have willfully infringed the copyrights in the musical works listed in Paragraph 1 above.

3.    Defendants are hereby permanently enjoined from causing any unlicensed public performances of any musical works licensed by Broadcast Music, Inc.

4.    Defendants shall pay the Plaintiffs damages in the amount of $26,000 plus interest from September 10, 2010.

5.    This Court shall retain jurisdiction over this matter for enforcement of this Judgment.

September 10, 2010

_____
UNITED STATES DISTRICT JUDGE

Approved As To Form and Content:


SLIM'S TEX/MEX, LLC and
Anthony Wagemans Ejarque


By \_\_\_\_\_/s/ John Pendleton_____
        John Pendleton, Esq.
        Dwyer, Donovan & Pendleton, PA
        461 Middle Street
        Portsmouth, New Hampshire 03801
        Tel: (603) 433-7105
        Fax: (603) 431-2130
        Attorney for Defendants



Approved As To Form and Content:
BROADCAST MUSIC, INC., for itself
and its co-Plaintiffs



By:_____/s/ Todd A. Sullivan_____
        Todd A. Sullivan, Esq., NH Bar #14617
        HAYES SOLOWAY P.C.
        175 Canal Street
        Manchester, New Hampshire 03101
        Tel: (603) 668-1400
        Fax: (603) 668-0104
        Email: tsullivan@hayes-soloway.com
        Attorney for Plaintiffs